# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDWARD E. STEWART, | : | No. 9 WAP 2022 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | January 4, 2022 at No. 432 MD |
| v. | : | 2021 |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| CLEARFIELD COUNTY DISTRICT ATTY., | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW,** this 19th day of April, 2023, the order of the Commonwealth Court is

**AFFIRMED**.